UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

Plaintiff

vs. CA NO. 08-

PAUL J. CASTIGLIEGO,

Defendant

# COMPLAINT

## INTRODUCTION

1. In this action Plaintiff, Pennsylvania Higher Education Assistance Agency (hereinafter, "Plaintiff" or "PHEAA") seeks to recover money due and owing from Defendant, Paul J. Castigliego, in connection with student loans obtained through the Health Education Assistance Loan program ("HEAL Program").

## PARTIES

2. The Plaintiff is a governmental agency incorporated under the laws of the State of Pennsylvania with a usual place of business at 1200 North Seventh Street, Harrisburg, Pennsylvania.

3. The Defendant, Paul J. Castigliego, is an individual with a last and usual place of residence at 8 Long Lane in Warren, Rhode Island, 02885-1138.

## JURISDICTION

4. This Court has both diversity and federal law jurisdiction. The amount in controversy is greater than Twenty Thousand Dollars ($20,000) and is between citizens of different states. Furthermore, this action arises under the federal Health Education Assistance Loan Program (42 U.S.C.§292 et seq.).

Pennsylvania Higher Education
Assistance Agency
vs.
Paul J. Castigliego
COMPLAINT

CA NO. 08-

## COUNT I

5. On or about September 25, 2002, Paul J. Castigliego obtained a loan through the HEAL Program and issued a promissory note in favor of PHEAA in the original principal amount of $44,547.42 ( the "Note"). A copy of Note is appended hereto as Exhibit 1.

6. Paul J. Castigliego is 270 days (as of March, 26, 2008) delinquent in making payments and is in default on his obligation pursuant to the terms of Note.

7. As a consequence of the breach, PHEAA has sustained and continues to sustain economic damage.

8. On November 9, 2007, PHEAA made demand on Paul J. Castigliego for payment on the Note, but no payment was made.

9. Paul J. Castigliego owes PHEAA the outstanding principal amount of $51,734.29, plus interest in the amount of $3,962.13 through January 7, 2008, continuing interest of $6.23 per diem until paid, and reasonable attorney's fees on the Note.

## Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

A. Enter judgment in favor of the Plaintiff and against the Defendant in an amount to be determined, including Plaintiff's actual damages plus costs, pre-judgment interest, post judgment interest, and attorneys fees as permitted under the Note and by law; and

Pennsylvania Higher Education
Assistance Agency
vs.
Paul J. Castigliego
COMPLAINT

CA NO. 08-

B. Enter such other further relief as this Court deems just and proper.

Pennsylvania Higher Education Assistance Agency
By Its Attorneys,

June 11, 2008

/s/Charles A. Pisaturo, Jr.

CHARLES A. PISATURO, JR., ESQ. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

c:\clients\pheaa\1629 pheaa v. castigiego\complaint 4-28-08.wpd